■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO PEREZ, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on August 24, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Ross, Asch and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIUS PRUITT, Appellant.—Judgment, Supreme Court, New York County (Irving Lang, J.), rendered on October 16, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Ross, Asch and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE REESE, Appellant.—Judgment, Supreme Court, New York County (James Leff, J.), rendered on July 12, 1988, unanimously affirmed. Application by appellant to enlarge the record is granted. No opinion. Concur—Murphy, P. J., Sullivan, Ross, Asch and Wallach, JJ.

■ HERTZ CORPORATION, Respondent, v THOMAS F. LUKEN, Appellant.—Judgment, Supreme Court, New York County (Myriam Altman, J.), entered on or about April 25, 1988, unanimously affirmed, without costs and without disbursements, and the appeal from the order of said court entered on or about April 18, 1988 is dismissed as having been subsumed in the appeal from the aforesaid judgment, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Milonas, Kassal, Smith and Rubin, JJ.